UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CRAIG LOGAN, LOVE WILLIAMS,
THOMAS MURPHY, KEVIN MILLER,
ANDREW TYSON, LOUIS WELLS,                                      **MEMORANDUM AND**
CLARENCE FISHER, and ROBERT REID,                              **ORDER**

                         Plaintiffs,                    22-CV-00868 (SIL)

     -against-

SAFETY-KLEEN SYSTEMS, INC. and
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.,

                       Defendants.
----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

On September 6, 2023, in this wage and hour action brought pursuant to the

Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, the New York

Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.,* the Pennsylvania Labor Law, P.A.

Lab. Law § 231.1 *et seq.*, and the New Jersey Labor Law, N.J. Rev. Stat. § 34:11-56a4

*et seq.*, Defendants Safety-Kleen Systems, Inc. and Clean Harbors Environmental

Services, Inc., with consent of Plaintiffs Craig Logan, Love Williams, Thomas

Murphy, Kevin Miller, Andrew Tyson, Louis Wells, Clarence Fisher and Robert Reid,

submitted a motion seeking approval of a Settlement Agreement and Release (the

"Settlement Agreement").[1]  *See* DE [33].  On October 10, 2023, the parties appeared

before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake*

*House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [35].

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c).  *See* Consent to Jurisdiction, Docket Entry ("DE") [37].

Having reviewed the submissions in support of the parties' application and considered the parties' presentations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:      Central Islip, New York          **SO ORDERED.**
            October 13, 2023

                                             /s/ Steven I. Locke
                                             STEVEN I. LOCKE
                                             United States Magistrate Judge